| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Maximilian Sanchez |
| Debtor 2 (Spouse, if filing) | Elba I Sanchez |
| United States Bankruptcy Court for the: | Middle District of PA |
| Case number | 5:17-bk-02918-JJT |

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Social Security Administration
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Social Security Administration
Name
1 Jamaica Center Plaza
Number  Street
Jamaica      NY       11432
City         State    ZIP Code

Contact phone _____
Contact email _____

Where should payments to the creditor be sent? (if different)

SSA-MATPSC
Name
PO Box 2861
Number  Street
PHILADELPHIA  PA  19122
City         State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
17A1328A35277_____

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on ___/___/_____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                        Proof of Claim                        page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. Do you have any number you use to identify the debtor?
   ☒ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __5 2 7 7__

7. How much is the claim? $ __39234.30__ . Does this amount include interest or other charges?
   ☒ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   __OVERPAYMENT OF BENEFITS — SEE CERTIFICATE OF INDEBTEDNESS__

9. Is all or part of the claim secured?
   ☒ No
   ☐ Yes. The claim is secured by a lien on property.

   Nature of property:
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   Basis for perfection: _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   Value of property: $_____
   Amount of the claim that is secured: $_____
   Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   Amount necessary to cure any default as of the date of the petition: $_____

   Annual Interest Rate (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☒ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

11. Is this claim subject to a right of setoff?
    ☒ No
    ☐ Yes. Identify the property: _____

Official Form 410          Proof of Claim          page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  01/08/2018
               MM / DD / YYYY

*Bernie Bowles*
Signature

Print the name of the person who is completing and signing this claim:

Name: Bernie  Bowles
      First name   Middle name   Last name

Title: Assistant Regional Commissioner- PCO

Company: Social Security Administration
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 1 Jamaica Center Plaza
         Number   Street
         Jamaica         Ny        11432
         City           State     ZIP Code

Contact phone: 718-557-3612    Email: _____

Official Form 410    Proof of Claim    page 3

SOCIAL SECURITY ADMINISTRATION
Northeastern Program Service Center
Jamaica, New York

CERTIFICATE OF INDEBTEDNESS

Case No.   5:17-bk-02918-JJT
Claim No.  XXX-XX- 5277
           Maximilian Sanchez

Total debt due United States as of 07/14/2017:        $39,234.30

I certify that the Social Security Administration records show that the debtor named above is indebted to the United States the amount stated above.

The claim arose in connection with an overpayment of Social Security benefits.

Section 223 F (1.a-b) and Section 404.352 of the Social Security Act state in part that a recipient of benefits based on disability can be determined to be not entitled to disability benefits if there has been medical improvement of the recipient's impairment and/or he or she is now able to engage in substantial gainful activity.

Section 404.501 states, in pertinent part, in cases where the individual has received more than the payments due under Title II of the Act, an "overpayment" exists.

Based on SSA's determination that the debtor had engaged in substantial gainful activity, his disability benefits were retroactively terminated effective January 2010, creating an overpayment of $39,314.30 for the period January 2010 through February 2012. Remittances from the debtor reduced the overpayment to the current balance of $39,234.30.

CERTIFICATION: Pursuant to 28 USC section 1746, I certify under penalty of perjury that the foregoing is true and correct.

*Bernie Bowles*
_____
Bernie Bowles
Assistant Regional Commissioner, Processing Center Operations
SSA - NEPSC
Date: 01/08/2018

Case 5:19-ap-00028-JJT   Doc 1-1   Filed 03/19/19   Entered 03/19/19 10:35:30   Desc
Exhibit A - Proof Of Claim #24 SSA   Page 1 of 1

Case 5:17-bk-02918-JJT   Claim 24 Part 2   Filed 01/10/18   Desc Exhibit Certificate of Indebtedness   Page 4 of 4